E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
 Office of the General Counsel
 Social Security Administration
 6401 Security Boulevard
 Baltimore, MD 21235
 Telephone: (510) 970-4861
 Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DENISE COLLEEN ABRAMSON,<br><br>        Plaintiff,<br><br>        v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>        Defendant. | No. 2:23-cv-10080-SP<br><br>**JUDGMENT** |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation to remand this case pursuant |
| 2 | to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that |
| 3 | stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for |
| 4 | Plaintiff. |

DATED: February 1, 2024

_____
HONORABLE JUDGE SHERI PYM
UNITED STATES MAGISTRATE JUDGE